**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ELIANA COLON-PENA,

    Plaintiff,

v.                                                      Case No: 8:17-cv-2198-T-35AEP

WELLS FARGO BANK, N.A.,

    Defendant.

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Parties' Joint Stipulation to Arbitrate. (Dkt. 10). Pursuant to their Stipulation, and in accordance with the Parties' written arbitration agreement, the Parties seek an Order from the Court directing the Parties to submit all claims in this case to binding arbitration and stay this case pending the Parties' completion of arbitration. (Id.)

In light of the Parties' Stipulation, the Court hereby **Orders** that this case is **STAYED** pending arbitration. The Clerk is directed to **TERMINATE** all motions pending before the Court and **ADMINISTRATIVELY CLOSE** this case. The Parties shall have **fourteen (14) days** after the completion of arbitration to file a notice or appropriate motion advising the Court how and whether this case should proceed.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of November, 2017.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person